## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONJI JENKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-14584** |
| **JEFFERSON PARISH DISTRICT ATTORNEY MATTHEW R. CLAUSS, et al.** | **SECTION "G" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS HEREBY ORDERED** that Ronji Jenkins's § 1983 claims against Matthew R. Clauss for pursuing the prosecution of Jenkins are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Ronji Jenkins's § 1983 claims for wrongful arrest by the defendants, Donald Zanotelli, Gabriel Fuacetta, and Matthew R. Clauss are **STAYED** and **ADMINISTRATIVELY CLOSED** for statistical purposes until such time as Jenkins's state criminal charges have ended.

**IT IS FURTHER ORDERED** that Jenkins must move to reopen the matter within thirty (30) days following resolution of his state felony criminal charges, including any direct appeal or immediate supervisory review, and include notification to the Court in writing whether Jenkins was convicted or acquitted.

**NEW ORLEANS, LOUISIANA,** this 22nd day of December, 2016.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**